# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHADIA AJAMI,                    : | |
|    Plaintiff,                      : | |
|                                  : | |
|    v.                              : | CIVIL ACTION NO. 20-cv-5411 |
|                                  : | |
| INDIAN HARBOR INSURANCE          : | |
| COMPANY, et. al.                 : | |
|    Defendants.                     : | |

## ORDER

**AND NOW,** this 27th day of July, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 32 & 35) and Plaintiff's Response thereto (ECF No. 34), **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

                      BY THE COURT:

                      /S/WENDY BEETLESTONE, J.
                      _____
                      WENDY BEETLESTONE, J.